UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KRUPINSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; CAPITAL ONE, N.A.; FIDELITY FINANCIAL SERVICES; AND OCWEN LOAN SERVICING LLC;<br><br>Defendants. | Case No. 2:18-cv-01388-RFB-PAL<br><br>*Assigned to Judge Richard F. Boulware, II;*<br>*Referred to Magistrate Judge Peggy A. Leen*<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>*[[Proposed] Order lodged concurrently herewith]*<br><br>Complaint Filed: July 27, 2018<br>Trial Date: TBA |

## ORDER

The Court has reviewed the Stipulation filed by Plaintiff Michael Krupinksi ("Plaintiff") and Defendant Capital One, N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading by thirty (30) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before October 5, 2018.

**IT IS SO ORDERED.**

DATED: September 28, 2018

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE