Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KRUPINSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; CAPITAL ONE, N.A.; FIDELITY FINANCIAL SERVICES; and OCWEN LOAN SERVICING LLC, <br><br> Defendants. | Case No.: 2:18-cv-01388-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT** <br> **[FIRST REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 1

Plaintiff Michael Krupinski ("Plaintiff"), by and through counsel of record, and Defendant Trans Union, LLC ("Trans Union") have agreed and stipulated to the following:

1. On July 27, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On September 10, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. On September 24, 2018, Plaintiffs filed an Amended Complaint [ECF Dkt. 16].

4. On October 9, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 23].

5. Plaintiff's Response is due October 23, 2018.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiffs' counsel to contact the clients to address Trans Union's pending motion to dismiss and obtain approval to file the response. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **November 6, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

/ / /

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 2

IT IS SO STIPULATED.
Dated October 23, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiffs* | /s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | /s/ *Brandon C. Fernald*<br>Brandon C. Fernald, Esq.<br>Nevada Bar No. 10582<br>FERNALD LAW GROUP LLP<br>6236 Laredo Street<br>Las Vegas, NV 89146<br>Email: brandon.fernald@fernaldlawgroup.com<br><br>*Counsel for Defendant*<br>*Capital One, N.A.* |

*Krupinski v. Experian Information Solutions, Inc et al*
*2:18-cv-01388-RFB-PAL*

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: October 31, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT[FIRST REQUEST] - 3