Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KRUPINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; CAPITAL ONE, N.A.; FIDELITY FINANCIAL SERVICES; and OCWEN LOAN SERVICING LLC,<br><br>Defendants. | Case No.: 2:18-cv-01388-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST]** |

Plaintiff Michael Krupinski ("Plaintiff"), by and through counsel of record, and Defendant Trans Union, LLC ("Trans Union") have agreed and stipulated to the following:

1. On July 27, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On September 10, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. On September 24, 2018, Plaintiffs filed an Amended Complaint [ECF Dkt. 16].

4. On October 9, 2018 Trans Union filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 23].

5. On October 24, 2018, the Court granted the parties' first stipulation to extend time. [ECF Dkt. 32].

6. Plaintiff's response to the motion to dismiss is presently due on November 6, 2018. Plaintiff and Trans Union have agreed to extend Plaintiff's response an additional fourteen days in order to allow Plaintiffs' counsel to pursue potential resolution of the above-referenced case without the necessity of incurring unnecessary expenses. In order to facilitate the same, the parties request that Court extend Plaintiff's deadline to respond to Trans Union's motion to dismiss for a second time, until **November 20, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated November 5, 2018.

| | |
|---|---|
| /s/ *Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiffs* | /s/ *Jason G. Revzin* <br> Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: jason.revzin@lewisbrisbois.com <br><br> *Counsel for Defendant* <br> *Trans Union LLC* |
| /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br> *Counsel for Defendant* <br> *Equifax Information Services LLC* | /s/ *Brandon C. Fernald* <br> Brandon C. Fernald, Esq. <br> Nevada Bar No. 10582 <br> FERNALD LAW GROUP LLP <br> 6236 Laredo Street <br> Las Vegas, NV 89146 <br> Email: brandon.fernald@fernaldlawgroup.com <br><br> *Counsel for Defendant* <br> *Capital One, N.A.* |

*Krupinski v. Experian Information Solutions, Inc et al*
*2:18-cv-01388-RFB-PAL*

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: November 7, 2018.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 3